UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LUNA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A. et al,<br><br>　　　　Defendants. | No.  2:13-cv-0732 GEB AC PS<br><br><br><br>ORDER |

On July 9, 2013, the undersigned issued findings and recommendations recommending that defendant's motion to dismiss be granted in part and that plaintiff's counter-motion be denied.  Plaintiff has now filed a motion for extension of time to file objections.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's July 25, 2013 motion for extension of time (ECF No. 23) is granted;
2. Plaintiff shall file his response to the findings and recommendations on or before August 15, 2013.

DATED: July 26, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;luna0732.eot

1