UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LUNA,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A. et al,<br><br>    Defendants. | No. 2:13-cv-0732 GEB AC PS<br><br><br><br>ORDER |

On August 13, 2013, plaintiff filed a notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41. Good cause appearing, IT IS HEREBY ORDERED that:

1. All dates in this matter are vacated;
2. All motions are denied as moot;
3. The July 9, 2013 findings and recommendations are vacated; and
4. This action is dismissed with prejudice.

DATED: August 19, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;luna0732.vol.dism

1