1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BENJAMIN LUNA,                          No.  2:13-cv-0732 GEB AC PS

12              Plaintiff,

13        v.                                 ORDER

14   BANK OF AMERICA, N.A. et al,

15              Defendants.

16

17        On August 13, 2013, plaintiff filed a notice of dismissal with prejudice pursuant to

18   Federal Rule of Civil Procedure 41.  Good cause appearing, IT IS HEREBY ORDERED that:

19        1.  All dates in this matter are vacated;

20        2.  All motions are denied as moot;

21        3.  The July 9, 2013 findings and recommendations are vacated; and

22        4.  This action is dismissed with prejudice.

23   DATED: August 19, 2013

24                                    _____

25                                    ALLISON CLAIRE
                                      UNITED STATES MAGISTRATE JUDGE
26

27   /mb;luna0732.vol.dism

28

                                          1